UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN CASUALTY COMPANY OF READING, PA., TWIN CITY FIRE INSURANCE COMPANY, U.S. SPECIALTY INSURANCE COMPANY, AND NAVIGATORS INSURANCE COMPANY,<br><br>      Plaintiffs,<br><br>v.<br><br>MORRIS GELB, T. KEVIN DENICOLA, EDWARD J. DINEEN, KERRY A. GALVIN, JOHN A. HOLLINSHEAD, JAMES W. BAYER, W. NORMAN PHILLIPS, C. BART DE JONG, DAN F. SMITH, CAROL A. ANDERSON, SUSAN K. CARTER, STEPHEN I. CHAZEN, TRAVIS ENGEN, DANNY W. HUFF, PAUL S. HALATA, DAVID J. LESAR, DAVID J.P. MEACHIN, DANIEL J. MURPHY, WILLIAM R. SPIVEY, CHARLES L. HALL, KEVIN R. CADENHEAD, AND RICK FONTENOT,<br><br>      Defendants. | Case No. 11 CV 9266<br><br>**MOTION TO WITHDRAW** |

Daniel Simnowitz hereby moves this Court for entry of an order withdrawing my appearance on behalf of Plaintiff Twin City Fire Insurance Company.

Dated October 24, 2012
New York, New York

               WHITE AND WILLIAMS LLP

               By: _____
               Daniel Simnowitz
               One Penn Plaza
               250 W. 34th Street, Suite 4110
               New York, NY 10119-4115
               (212) 244-9500
               simnowitzd@whiteandwilliams.com